| | AUSA: Mark Bilkovic | Telephone: (313) 226-9623 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Michael J. Stepp, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Yosue Manuel Gonzalez-Moy

Case: 2:25-mj-30655
Assigned To : Unassigned
Assign. Date : 10/22/2025
Description: CMP USA v
Gonzalez-Moy (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2025__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 2113(b) | Conspiracy to Commit Bank Larceny |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael J. Stepp, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 22, 2025__

_____
Judge's signature

City and state: __Detroit, MI__                Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael J. Stepp, being duly sworn, depose and state the following:

## INTRODUCTION

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2006. I am currently assigned to the Ann Arbor Resident Agency of the Detroit Field Office.

2.  During my employment with the FBI, I have conducted or assisted in numerous investigations of federal and state violations, including crimes involving child sexual exploitation and human trafficking, foreign counterintelligence, counter-terrorism, complex financial crimes, and violent crimes including bank robbery. I have gained experience through training and everyday work related to these types of investigations

3.  I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

4.  The information set forth in this affidavit is based on my personal knowledge, training, and experience, conversations with and communications from others who have personal knowledge of the events and circumstances described herein, the knowledge and experience of other investigators and law enforcement

1

personnel, and information acquired during the investigation. This affidavit is being submitted for the limited purpose of establishing probable cause, and does not contain all details or facts known to law enforcement related to this investigation.

5.   I submit this affidavit in support of a criminal complaint and arrest warrant for Yosue Manuel Gonzalez-MOY for violating 18 U.S.C. §§ 371 and 2113(b) (Conspiracy to Commit Bank Larceny).

## PROBABLE CAUSE

*Defendant and a Coconspirator Attempt to Break into an ATM in Dexter*

6.   On October 12, 2025, Yosue Manuel Gonzalez-MOY, a co-conspirator known to law enforcement, and unidentified co-conspirators associated with the Venezuelan Tren de Aragua gang, attempted to steal the monetary contents of an automated teller machine (ATM) owned and operated by Chelsea State Bank – Dexter Banking Center ("Chelsea State Bank" or "the Bank"), located at 7101 Dexter-Ann Arbor Road, Dexter, in the Eastern District of Michigan.

7.   Chelsea State Bank is a "bank" as defined in 18 U.S.C. § 2113(f).

8.   On October 12, 2025, at approximately 2:50 a.m., deputies from the Washtenaw County, Michigan Sheriff's Office (WCSO) responded to the Chelsea State Bank to investigate a report that a suspect later identified as Yosue Manuel Gonzalez-MOY ("MOY"), was attempting to break into an ATM at the Bank.

2

9. An employee with the alarm company providing service to the Bank, notified the WCSO that they could observe the subject tampering with the ATM on a security camera. The employee described the suspect as a male wearing a blue hooded sweatshirt and blue pants.

10. A short time later, the employee advised the WCSO that the suspect left the Bank in a red Chevrolet vehicle ("red Chevy")with a dealer's license plate and provided a possible license plate number.

11. As WCSO deputies were responding to the Chelsea State Bank, they observed a red Chevy drive past them travelling in the opposite direction. As the red Chevy passed the deputies, they observed a paper registration plate affixed to the rear of the red Chevy

12. Based on the fact that the red Chevy was driving in the direction away from the Bank, and that the red Chevy they observed matched the description of the red Chevy seen at the Bank, the deputies began to follow the red Chevy.

13. The deputies conducted a traffic stop of the red Chevy. The deputies instructed the driver ("Co-conspirator 1 or CC-1") to roll down his window but CC-1 refused. The deputies then utilized the PA system in their patrol vehicle to instruct CC-1 to lower his window, turn off the red Chevy, and place the keys on the hood of the red Chevy.

14. CC-1 rolled down his window and turned the red Chevy off. However, after CC-1 leaned out of the driver's side window, CC-1 restarted the red Chevy and accelerated away from the deputies at a high rate of speed.

15. The deputies re-initiated their pursuit of the red Chevy. At one point, the red Chevy was traveling at 74 miles per hour in a posted 50 mile per hour zone. As the red Chevy drove over a hill, CC-1 lost control of the red Chevy and crashed head-on into a tree.

16. The deputies exited their vehicles and approached the red Chevy. They observed that CC-1 was pinned inside the red Chevy. CC-1 was unresponsive and exhibited labored and irregular breathing.

17. CC-1 was extricated from the red Chevy and transported to University of Michigan Hospital. CC-1 later died at the hospital as a result of the injuries he sustained in the crash.

18. Deputies were able to identify CC-1 from an Illinois Identification Card and a United States of America Employment Authorization Card that were located inside the red Chevy by on-scene paramedics. The images contained on both pieces of identifications bore a strong resemblance to CC-1.

19. Deputies also observed MOY in the back seat of the red Chevy. MOY was responsive but he had also sustained significant injuries and had to be

4

extricated from the red Chevy. Once extricated from the red Chevy, MOY was transported to University of Michigan Hospital.

20. While at the hospital, MOY provided his name as "Yosue Manuel Gonzalez-MOY."

21. Deputies recovered an iPhone cellular telephone from the red Chevy. Deputies also searched the areas along the route which the red Chevy fled from the Bank and the deputies. During the search, they recovered a device that matched the description of the device that MOY was observed on security video attempting to install in the ATM. Deputies also recovered a circuit board near the device.

22. The security camera video from the attempted ATM break-in revealed that the red Chevy arrived at the ATM and parked in a manner allowing significant room between the ATM and the side of the red Chevy.

23. The security video showed CC-1 utilizing a cellular telephone as MOY exited the rear passenger-side door of the red Chevy. When he exited the red Chevy, MOY was wearing dark pants and a black hooded sweatshirt.

24. After exiting the red Chevy, MOY approached the key lock of the ATM and easily opened the lower access door. MOY then opened the top portion of the ATM. MOY then reached into the right-side of the ATM before he closed it and appeared to lock door. MOY then hurriedly returned to the red Chevy and the red Chevy drove away.

25. Approximately 20 minutes later, the red Chevy arrived back at the ATM. MOY then exited the rear of the red Chevy and accessed the ATM in the same manner he had done so earlier.

26. The security video showed MOY utilize a cordless drill while tampering with the ATM. Once finished, MOY stepped back from the ATM, partially closed the lid, and began looking around the area. MOY then re-opened the lid of the ATM and continued using the cordless drill. At a later point, MOY retrieved a black box with a white stripe and cord from the rear of the red Chevy. The black box with the white stripe appeared to match the same device that deputies recovered while searching the patch of travel of the red Chevy.

*Security Video Screenshot of MOY breaking into the ATM*



27. MOY placed the box with a white stripe inside the ATM and appeared to have installed the cord into the same area he was using the cordless drill. MOY

6

then retrieved a cell phone from the pocket of his sweatshirt. MOY was holding a cellular telephone and the cordless drill as he closed up the ATM. After closing the ATM, MOY entered the red Chevy and the red Chevy drove away.

*Mirandized Interview of Yosue Manuel Gonzalez MOY*

28. On October 12, 2025, WCSO deputies, utilizing a translator, interviewed MOY at the University of Michigan Hospital. Prior to interviewing MOY, deputies read MOY his *Miranda* rights. MOY indicate that he understood his *Miranda* rights and he agreed to speak to deputies.

29. During the interview, MOY initially denied participating in the ATM break-in. MOY initially told deputies that he was sleeping inside the red Chevy and that he woke up as deputies tried to pull the red Chevy over. MOY stated that he was in the backseat and was not aware of what was going on.

30. Deputies then told MOY that there was security video that captured what occurred at the ATM and that he was seen on the security video looking at the camera. MOY then admitted that he was not telling the truth and was worried about being deported.

31. MOY then admitted that he was the passenger in the red Chevy and that he attempted to break into the ATM at the Chelsea State Bank. MOY stated that he was involved with the Tren de Aragua ("TdA") gang in Chicago, Illinois and that TdA blackmailed him into robbing ATMs. MOY stated that TdA members

provided him a route which identified ATMs to rob and that the Chelsea State Bank ATM was the first ATM on the route. MOY advised deputies that the route identifying the rest of the ATMs that he was supposed to rob was stored on a phone.

32. MOY stated that he was able to access the Chelsea State Bank ATM by using a key that had been given to him in Chicago by members of TdA.

33. MOY stated that after initially accessing the ATM, he turned it off and on, left the area, and waited to see if law enforcement would respond. MOY stated that after law enforcement did not respond, he returned to the ATM, opened the access door, and opened a box in the ATM that was secured with three screws. Once he opened the box, MOY located a USB port and attempted to connect a device that acted as an antenna. MOY explained that once the device was connected to the ATM, co-conspirators could access the ATM remotely. MOY explained that the co-conspirators would send him a passcode that would allow him to withdraw all of the currency inside the ATM.

34. Based on my training and experience, I know that MOY's attempt to rob Chelsea State Bank's ATM was consistent with a scheme called "ATM Jackpotting." ATM jackpotting is the exploitation of physical and software vulnerabilities in automated banking machines that result in the machines dispensing cash. The offenders use a portable device to physically connect to the

8

ATM. This "rogue" device can be a laptop, a smartphone or a tablet PC. They also use malware to target the machine's cash dispenser and force it to dispense cash.

35. MOY stated that he was not able to withdraw currency from the ATM because the alarm was triggered before he was able to plug in the device.

36. MOY stated that as CC-1 was fleeing from the deputies, CC-1 instructed MOY to throw his phone, the other devices he was using, and possibly the ATM key, out the window. MOY stated that he threw the items out the window.

37. An inquiry to Department of Homeland Security revealed the name and date of birth MOY provided were true. Agents have confirmed that MOY is a Venezuelan citizen who last entered the United States of America in 2023.

## CONCLUSION

38. Based on the forgoing, there is probable cause to believe that on or about October 12, 2025, in the Eastern District of Michigan, Southern Division, that Yosue Manuel Gonzalez-MOY conspired with others known and unknown to law enforcement to commit bank larceny. Therefore, I respectfully request that this

Court issue a complaint and arrest warrant against MOY for violating 18 U.S.C. §§ 371 and 2113(b).

Respectfully submitted,

Michael J. Stepp
Special Agent, FBI

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date: October 22, 2025